UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 16 CR 463 |
| | ) | |
| JUAN JIMENEZ, et al. | ) | Judge Virginia M. Kendall |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court to extend the Protective Order (R. 242) and Supplemental Protective Order (R. 320) in place in this case to defendant Gabriel Abdallah, with no objection from Mr. Abdallah:

IT IS HEREBY ORDERED THAT the government's Motion For Entry And Extension Of Unopposed Protective Order And Supplemental Protective Order Governing Discovery To New Defendant Gabriel Abdallah (R. 1505) is GRANTED.

ENTERED:

Virginia M. Kendall
United States District Judge

DATE: 3-8-19